RANDY S. GROSSMAN
United States Attorney
JOSHUA C. MELLOR
Assistant U.S. Attorney
California Bar No. 255870
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101
Telephone: (619)546-9733
Email: joshua.mellor@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>EDWARD SONNY CASTILLO-RUBIO III,<br><br>    Defendant. | Case No. 22MJ4698-BLM<br><br>APPLICATION TO UNSEAL COMPLAINT AND ARREST WARRANT |

The United States of America, by and through its counsel, applies for an Order from the Court to unseal the complaint and arrest warrant in the above-captioned case. On December 30, 2022, United States Magistrate Judge Barbara L. Major issued Complaint 22MJ4968-BLM charging the defendant with Stealing Firearms from a Federal Firearms Licensee in violation of Title 18, United States Code, Section 924(m). Subsequently, the Clerk of the Court issued a sealed arrest warrant for the defendant.

//
//
//
//
//
//

The defendant has been arrested in the Eastern District of California and will be making his initial appearance in District Court in Fresno, California. Accordingly, the United States requests an Order unsealing the complaint and arrest warrant.

DATED: March 22, 2023

Respectfully Submitted,

RANDY S. GROSSMAN
United States Attorney

_____ Matthew Brehm for:
JOSHUA C. MELLOR
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 22MJ4698-BLM |
| v. | ) | ORDER TO UNSEAL COMPLAINT AND ARREST WARRANT |
| EDWARD SONNY CASTILLO-RUBIO III, | ) | |
| Defendant. | ) | |

This matter comes before the Court on the United States' application to unseal the Complaint and arrest warrant for the purpose of initial appearance in the Eastern District of California.

IT IS HEREBY ORDERED that the Complaint and arrest warrant in the above-captioned case are unsealed.

Dated: March 22, 2023.

*William V. Gallo*
HONORABLE WILLIAM V. GALLO
UNITED STATES MAGISTRATE JUDGE